UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Watchdog (FJ) Miller,<br>　　　　Plaintiff,<br><br>-v-<br><br>The City of Grand Rapids,<br>　　　　Defendant. | No. 1:17-cv-318<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 7), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:　June 12, 2017　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　United States District Judge

1